RE: Case No. 15-0057                    DATE: 3/31/2015
    COA #: 13-14-00051-CV     TC#: 46.003
STYLE: BLANCA EMID PETTY
    v. JOHN KENT PETTY

Today the Supreme Court of Texas granted the second motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **March 24, 2015.**

                    MS. DORIAN E. RAMIREZ
                    CLERK, THIRTEENTH COURT OF
                    APPEALS
                    901 LEOPARD STREET, 10TH FLOOR
                    CORPUS CHRISTI, TX  78401